## Commonwealth *v.* Parker, Appellant.

Argued March 23, 1973. *Sheldon C. Jelin,* with him *Wollman, Tracey and Schlesinger,* for appellant; *Max-*

738

*ine J. Stotland,* Assistant District Attorney, with her *Martin H. Belsky* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.